No. 90–5243. JONES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 90–5244. LE WARD *v.* HUNT ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–5245. LEE *v.* ARMONTROUT, WARDEN, ET AL. C. A. 8th Cir. Certiorari denied.

No. 90–5247. GRAHAM *v.* WARNER, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 90–5250. BERMAN *v.* GRIFFITHS ET AL. C. A. 11th Cir. Certiorari denied.

No. 90–5251. ANTOLIN *v.* DEPARTMENT OF JUSTICE. C. A. Fed. Cir. Certiorari denied.

No. 90–5252. HARTLEY *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 90–5253. MELVIN *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 6th Cir. Certiorari denied.

No. 90–5254. GREEN *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 90–5255. BURKE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–5256. THORPE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–5258. GRAVES *v.* UNITED STATES ET AL. C. A. 4th Cir. Certiorari denied.

No. 90–5259. ENGEL *v.* SISSEL ET AL. C. A. 8th Cir. Certiorari denied.

No. 90–5260. CACERAS-GARCIA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–5261. BROWN *v.* ARMONTROUT, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 90–5262. CLARKE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.